AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Krause, Cheryl A. | United States Court of Appeals for the Third Circuit | 5/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Court of Appeals Judge - Active Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | University of Pennsylvania Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/31/2012 | Dechert LLP Partnership Agreement - Final distribution of 2014 Dechert LLP income made in 2015; withheld capital continued to be disbursed in part in 2017 |
| 2. | 02/2017 | University of Pennsylvania Law School - for teaching in 2017 |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | University of Pennsylvania Law School - stipend for teaching in 2017 | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed consultant - GMECI LLC (a/k/a Spotlight Labs as of June 2017) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | 1/26/2017-1/29/2017 | Palo Alto, CA | Stanford Moot Court Final | Transportation, meals, hotel |
| 2. | American Inn of Court | 9/14/2017-9/15/2017 | Washington, DC | Middle Temple Amity Moot Court | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on Rental Property #1, Philadelphia, PA (Part VII, line 4) | L |
| 2. | Ditech | Mortgage on Rental Property #2, Absecon, NJ (Part VII, line 5) | M |
| 3. | Wells Fargo | Mortgage on Rental Property #4, Ventnor City, NJ (Part VII, line 7) | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Accounts | A | Interest | N | T | | | | | |
| 2. Wells Fargo Money Market Accounts | A | Interest | M | T | | | | | |
| 3. Dechert LLP Salary Savings Plan (Russell 2035 Target Date Fund) | | None | M | T | | | | | |
| 4. Rental Property #1, Philadelphia PA (2002, $85,000) | E | Rent | L | R | | | | | |
| 5. Rental Property #2, Absecon, NJ (2003, $184,500) | D | Rent | M | R | | | | | |
| 6. Rental Property #3, New York, NY (2003, $205,000) | | None | | | Sold | 03/02/17 | N | G | Catherine Cicatiello |
| 7. Rental Property #4, Ventor, NJ (2007, $240,000) | D | Rent | M | R | | | | | |
| 8. Bank of America Account | | None | N | T | | | | | |
| 9. Russell 2035 Target Date Fund (f/k/a Russell Global Balance Fund) | | None | N | T | | | | | |
| 10. AMARIN CORP | | None | J | T | | | | | |
| 11. APACHE | A | Dividend | L | T | Buy | 06/20/17 | K | | |
| 12. | | | | | Buy (add'l) | 06/20/17 | K | | |
| 13. APPLE INC | A | Dividend | L | T | | | | | |
| 14. ARENA PHARMA | | None | J | T | | | | | |
| 15. BANCO SANTANDER | B | Dividend | K | T | Sold (part) | 03/10/17 | J | A | |
| 16. | | | | | Sold (part) | 03/10/17 | J | B | |
| 17. FIDELITY INVT MMKT | A | Dividend | J | T | Buy | 09/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 19. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 20.  FIDELITY MMKT PREMIUM | A | Dividend | K | T | Buy | 01/03/17 | J | | |
| 21. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 22. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 23. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 24. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 25. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 26. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 27. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 28. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 29. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 30. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 31. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 32.  FIREEYE | | None | L | T | | | | | |
| 33.  FIRST EAGLE SOGEN GLBL | A | Dividend | K | T | Buy | 05/31/17 | K | | |
| 34. | B | Distribution | | | Buy (add'l) | 05/31/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 36. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 37. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 38. FITBIT INC | | None | K | T | | | | | |
| 39. GENERAL MILLS | B | Dividend | L | T | Buy | 05/31/17 | K | | |
| 40. | | | | | Buy (add'l) | 05/31/17 | K | | |
| 41. | | | | | Buy (add'l) | 05/31/17 | K | | |
| 42. GLAXOSMITHKLINE | B | Dividend | K | T | | | | | |
| 43. GNC HOLDINGS | | None | K | T | Buy | 05/31/17 | J | | |
| 44. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 45. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 46. GSE SYSTEMS | | None | J | T | | | | | |
| 47. IVA WORLDWIDE | A | Dividend | M | T | Buy | 12/14/17 | J | | |
| 48. | C | Distribution | | | | | | | |
| 49. KKR & CO. | B | Distribution | K | T | | | | | |
| 50. MODSYS INT'L | | None | J | T | | | | | |
| 51. MONSANTO CO | A | Dividend | | | Sold (part) | 03/01/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/01/17 | K | | |
| 53. | | | | | Sold (part) | 03/01/17 | K | | |
| 54. | | | | | Sold | 03/01/17 | K | | |
| 55. NJ BETTER EDL TRUST aka Franklin Mutual Global Discovery 529 Portfolio | | None | K | T | | | | | |
| 56. PUTNAM DIV INCOME | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 57. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 58. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 59. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 60. RAYONIER | B | Dividend | L | T | | | | | |
| 61. RETRACTABLE TECH | | None | J | T | | | | | |
| 62. SEADRILL LTD | | None | | | Sold (part) | 03/20/17 | J | A | |
| 63. | | | | | Sold | 03/20/17 | J | A | |
| 64. SONIC FOUNDRY INC | | None | | | Sold | 10/31/17 | J | A | |
| 65. SYNERGY PHARMA | | None | J | T | | | | | |
| 66. TEAM INC | | None | | | Sold | 10/31/17 | J | A | |
| 67. TEVA PHARMA | A | Dividend | K | T | | | | | |
| 68. TSAKOS ENERGY | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  US STEEL | A | Dividend | | | Buy | 05/31/17 | K | | |
| 70. | | | | | Buy (add'l) | 05/31/17 | K | | |
| 71. | | | | | Buy (add'l) | 05/31/17 | K | | |
| 72. | | | | | Sold (part) | 10/31/17 | K | C | |
| 73. | | | | | Sold (part) | 10/31/17 | K | C | |
| 74. | | | | | Sold | 10/31/17 | K | C | |
| 75.  VALEANT | | None | L | T | | | | | |
| 76.  Cross Road Systems, Inc. | | None | J | T | | | | | |
| 77.  inc Networks LLC | | None | K | W | | | | | |
| 78.  MIT 4G LLC | | None | K | W | | | | | |
| 79.  Airspace Systems, Inc. a/k/a Defense Labs, Inc. | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The income in Line 34 is reported as "Distribution" because FIRST EAGLE SOGEN GLBL is a mutual fund with characteristics similar to a partnership from an income reporting perspective, such that dividends, capital gains distributions, and capital gains/losses are reported to the owner but are held within the fund and not distributed. The income in Lines 48 and 49 is reported as "Distribution" because it is partnership income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl A. Krause**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544